# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1035. ASHTON BRENT FOLSOM v. THE STATE.

Ashton Brent Folsom filed this direct appeal following the grant of his interlocutory application. Case No. A26I0029 (Aug. 7, 2025). After reviewing the record and applicable law, we have determined that the appeal was improvidently granted and is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/14/2026*
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*